ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0219

MIKI L. ADAMS,

    Petitioner and Appellee,

v.

DIRK S. ADAMS,

    Respondent and Appellant.

FILED

AUG - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

On April 11, 2023, Dirk Adams ("Adams") filed the first of two Notices of Appeal regarding multiple orders from the Sixth Judicial District Court. These two appeals were consolidated under cause number DA 23-0219. *See In re Marriage of Adams*, 2024 MT 170N, ___ Mont. ___, ___ P.3d ___ ("*Adams II*"). These appeals constituted Adams's second and third appeals stemming from Miki Adams's petition for dissolution of marriage. *See In re Marriage of Adams*, 2023 MT 95N, 412 Mont. 553, 529 P.3d 878 ("*Adams I*"). Contemporaneously with this Order, we issued our Opinion in *Adams II*, in which we imposed monetary sanctions against Adams related to the latter two appeals. *Adams II*, ¶ 21.

The District Court has repeatedly attempted to address Adams's litigation tactics, including declaring Adams a vexatious litigant. We affirmed this declaration in *Adams I*, ¶ 25. Yet, in the intervening time, neither that declaration nor repeated warnings from the District Court and courts in other jurisdictions have slowed Adams's frivolous and vexatious filings.

We have previously stated that "[h]owever much we desire to keep the courts open to all persons seeking to adjust their rights, duties, and responsibilities, we must also take into account the effect that [the litigant's] actions bring on other parties to [their] suits." *Lussy v. Bennett*, 214 Mont. 301, 309, 692 P.2d 1232, 1236 (1984). A review of the District

Court record and Adams's filings before this Court reveal a consistent and unrelenting pattern of harassing and vexatious behavior by Adams against Miki, her family, and associates. Miki has exhaustively sought relief from Adams's abuse of the judicial system through multiple motions for contempt and requests for orders of protection. Based on the history of this case, recounted more fully in the Opinion issued contemporaneously with this Order, we reiterate our affirmation of the District Court's order declaring Adams a vexatious litigant, *Adams I*, ¶ 25, and we urge the courts in jurisdictions outside Montana to take note of Adams's history of frivolous and harassing litigation, and consider the same or similar restrictions. Moreover, since Adams's vexatious conduct has not abated since his previous declaration as a vexatious litigant, we also deem it necessary to include additional conditions to ensure that any future activity in the courts of this State are for a legitimate purpose.

Accordingly,

IT IS ORDERED that before Dirk S. Adams is allowed to initiate any legal proceeding or file any pleading or document in any court of the State of Montana, he is required to obtain express written pre-filing leave of the court in which he seeks to file the pleading. The request for leave of the court must be signed by Adams and co-signed by an active member in good standing of the State Bar of Montana, certifying that the pleading or document Adams seeks to file complies with all the strictures of M. R. Civ. P. 11(b).

IT IS ORDERED that if the request for leave of the court is not in strict compliance with this Order, the court SHALL summarily deny filing of the pleading or document without further review.

IT IS ORDERED that upon its own review of the pleading or document, the court may deny leave to file upon its independent determination that the statements or claims asserted or relief requested are harassing, frivolous, or legally not cognizable.

IT IS ORDERED that only after issuance of an order granting Adams leave of the court to file may the proposed pleading or document be filed.

This Order applies to all ongoing and future causes of action in the State of Montana in which Adams is a litigant.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Dirk S. Adams personally.

DATED this _____ day of August, 2024.

_____
Chief Justice


_____


_____


_____


_____
Justices